# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWIN GAUL, | 1:08-cv-00013 OWW DLB HC |
|     Petitioner, | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | [Doc. 9] |
| J. HARTLEY, | |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 28, 2008, the Court directed Respondent to file a response to the petition. In lieu of filing a timely response to the Court's order, on May 28, 2008, Respondent filed a request to stay the instant petition pending the Ninth Circuit's *en banc* review in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir.2008), *reh'g en banc granted*, ___ F.3d ___, 2008 WL 2131400, No. 06-55392 (9th Cir. May 16, 2008). . (Court Doc. 8.)

    On June 9, 2008, the Court denied Respondent's request to stay the proceedings and directed Respondent to show cause why sanctions should not be imposed for failure comply with the Court's order to respond. Respondent alleges that sanctions are not appropriate in this case because Respondent has not acted in bad faith. Respondent indicates that the stay request was made based on other courts having granted stays in similar cases. In light of this showing, the Order to Show Cause will be vacated.

1     In addition, Respondent indicates that all Ninth Circuit precedent concerning parole
2 consideration in California is in flux pending the *en banc* decision in Hayward. This is not so.
3 Although it is true that Hayward may not be relied on, the decisions in Biggs v. Terhune, 334
4 F.3d 910, 916 (9th Cir.2003), Sass v. California Board of Prison Terms, 461 F.3d 1123 (9th
5 Cir.2006), and Irons v. Carey, 505 F.3d 846 (9th Cir.2007), have not been withdrawn and remain
6 good law. As stated by the Ninth Circuit in Yong v. Immigration and Naturalization Service, 208
7 F.3d 1116, 1119 n.2 (9th Cir. 2000), "once a federal circuit court issues a decision, the district
8 courts within that circuit are bound to follow it." For this reason, the Court disagrees that all
9 Ninth Circuit precedent is in flux.

**ORDER**

Accordingly, the June 9, 2008, Order to Show Cause is HEREBY VACATED. The Court will issue a ruling on the merits of the petition in due course.

IT IS SO ORDERED.

    **Dated:   July 11, 2008**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE